**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| HARPER ENGINEERING COMPANY, | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CA No. 1:20-cv-00510-KD-C |
| | : |
| FACC OPERATIONS GmbH, and | : |
| AIRBUS AMERICAS, INC., | : |
| | : |
| Defendants, | : |

**ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of all objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated January 18, 2022 is **ADOPTED** as the opinion of this Court. Airbus' Motion to Stay (Doc. 116), is **GRANTED** and furthermore,

1. This action is **STAYED** pending resolution of the IPR petitions pending before the Patent Trial and Appeal Board, including any related appeals;

2. The parties are required to file a status report on the administrative proceedings every **NINETY** days following the entry of this Order; and

3. This action is administratively closed, and all pending motions are **DENIED WITHOUT PREJUDICE** to being renewed should all disputes not be resolved through the administrative process.

**DONE** and **ORDERED** this the 8th day of February 2022.

Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE