IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HARPER ENGINEERING COMPANY, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 20-00510-KD-C |
| | ) |
| FACC OPERATIONS GmbH and | ) |
| AIRBUS AMERICAS, INC., | ) |
|     Defendants. | ) |
| | |
| FACC OPERATIONS GmbH | ) |
|     Counterclaimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| HARPER ENGINEERING COMPANY, | ) |
|     Counterdefendant. | ) |

**ORDER**

This action is before the Court on the parties' Joint Notice Regarding Finalized Settlement (doc. 164). The parties report that they have finalized their settlement and will not request reinstatement of the action. The Joint Notice is signed by all parties who have appeared in this action. See Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, this action is **DISMISSED with prejudice.**[1]

**DONE** and **ORDERED** this the 15th day of December 2022.

    s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] Previously, this action was dismissed with prejudice subject to the right of either party to reinstate within 120 days of the date of the Order (doc. 163). The joint stipulation terminates the right of either party to reinstate the action.